# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | |
|---|---|
| Brandy Debock, | Case No. 3:08-cv-01206-JGC |
| Plaintiff, | |
| v. | |
| United Collection Bureau, Inc., | **NOTICE OF SETTLEMENT** |
| Defendant. | |

Plaintiff, by and through counsel, hereby gives notice that the parties in the above-captioned matter reached a settlement.   Plaintiff anticipates filing a Notice of Dismissal with Prejudice in the near future.

RESPECTFULLY SUBMITTED,

Macey & Aleman, P.C.

By: */s/ Jeffrey S. Hyslip*
    Jeffrey S. Hyslip
    Macey & Aleman, P.C.
    The Sears Tower
    Suite 5150
    Chicago, IL 60606
    Telephone: 1.866.339.1156
    jsh@legalhelpers.com
    *Attorney for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on October 9, 2008, a copy of the foregoing Notice was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  The following parties were served via ordinary U.S. mail:

Surdyk, Dowd & Turner Co., L.P.A.
Jeffrey C. Turner
Kettering Tower
40 North Main Street, Suite 1610
Dayton, Ohio 45423
*Attorney for Defendant*

*/s/ Jeffrey S. Hyslip*